**ASK LLP**
Kara E. Casteel, Esq., MN SBN 0389115
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*Counsel for Plaintiff*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> STRATAGEN INC., *et al.*, <br><br> Reorganized Debtors.[1] | Chapter 11 <br><br> Case No. 20-31975 (MI) <br><br> (Jointly Administered) |
| GlassRatner Advisory & Capital Group, LLC d/b/a/ B. Riley Advisory Services, as Plan Administrator for the CCI Unsecured Creditors' Trust, <br> Plaintiff, <br> v. <br><br> Wisconsin Electric Power Company dba WE Energies, <br> Defendant. | Adv. No. 22-03092 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and

---

[1] The Reorganized Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: CARBO Ceramics Inc. (0013); StrataGen, Inc. (5205); and Asset Guard Products Inc. (6422). The location of the Debtors' U.S. corporate headquarters and the Debtors' service address is: 575 N. Dairy Ashford Road, Suite 300, Houston, Texas 77079.

through their respective counsel, that the above-captioned adversary proceeding be dismissed.

This matter has been dismissed with prejudice. An answer has been filed.

| | |
|---|---|
| Dated: August 11, 2022 | Dated: August 11, 2022 |
| ASK LLP | STUPAR, BARTELL & NELSON, S.C. |
| */s/ Kara E. Casteel* <br> Kara E. Casteel, Esq., MN SBN 0389115 <br> 2600 Eagan Woods Drive, Suite 400 <br> Saint Paul, MN  55121 <br> Telephone: (651) 406-9665 <br> Email: kcateel@askllp.com | */s/ Thomas M. Bartell* <br> Thomas M. Bartell, Jr., Esq. <br> 633 W. Wisconsin Avenue, Suite 1800 <br> Milwaukee, WI 53203 <br> Telephone: (414) 271-8833 <br> Email: tbartell@ssblawsc.com |
| *Counsel for Plaintiff, GlassRatner Advisory & Capital Group, LLC d/b/a/ B. Riley Advisory Services, as Plan Administrator for the CCI Unsecured Creditors' Trust* | *Counsel for Defendant, Wisconsin Electric Power Company dba WE Energies* |